

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSA SERRANO, | § | No. 08-25-00010-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| INJURY CLINIC, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2024DCV0967) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and order that this decision to be certified below for observance.

IT IS SO ORDERED this 28th day of February 2025.

LISA J. SOTO, Justice

Before Palafox and Soto, JJ., and Solis, Judge
Solis, Selena, Judge, sitting by assignment